UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MELVIN JOHNSON (#108141)

VERSUS

MARCUS MYERS, ET AL.

CIVIL ACTION

23-485-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Erin Wilder-Doomes dated March 28, 2025, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the Court declines to exercise of supplemental jurisdiction over Plaintiff Melvin Johnson's potential state law claims and that Johnson's federal claims are dismissed with prejudice for failure to state a claim under 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana, on this 8 day of ~~April,~~ May 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 6.